**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BRONNER, MICHAEL ROCKLAND, CHARLES D. KUPFER, MICHAEL L. BARTON, <br><br> Plaintiffs, <br><br> and SIMON BRONNER, Derivatively on Behalf of Nominal Defendant, THE AMERICAN STUDIES ASSOCIATION, <br><br> Derivative Plaintiff, <br><br> v. <br><br> LISA DUGGAN, CURTIS MAREZ, AVERY GORDON, NEFERTITI TADIAR, SUNAINA MAIRA, CHANDAN REDDY, and THE AMERICAN STUDIES ASSOCIATION <br><br> Defendants, <br><br> and THE AMERICAN STUDIES ASSOCIATION, <br><br> Nominal Defendant. | Civil No. 16-cv-00740-RC |

# ERRATA

Plaintiffs' Complaint for Derivative and Direct Claims was filed via ECF on April 20, 2016. At the time of filing, residential addresses were omitted from the case caption. A revised case caption with residential addresses is attached herewith.

Dated: May 16, 2016

Signed: /s/ Devin J. Stone
Devin J. Stone

**BARNES & THORNBURG LLP**

Scott N. Godes, Esq.  (D.C. Bar No. 463674)
Devin J. Stone, Esq.  (D.C. Bar No. 1022055)
1717 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-4623
(202) 408-6928

L. Rachel Lerman, Esq.  (pro hac vice)
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
(310) 284-3871

**MARCUS & AUERBACH LLC**

Jerome M. Marcus, Esq.  (pro hac vice pending)
Jonathan Auerbach, Esq.  (pro hac vice pending)
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
(215) 885-2250

**THE LOUIS D. BRANDEIS CENTER
 FOR HUMAN RIGHTS UNDER LAW**

Kenneth L. Marcus, Esq.  (D.C. Bar No. 437391, D.C.D. bar application pending)
Jennifer Gross, Esq.  (pro hac vice pending)
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006-4623
(202) 559-9296

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2016, I caused to be filed *Errata* for Plaintiff's Complaint for Derivative and Direct Claims with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

/s/ Devin J. Stone_____