# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Simon Bronner, et al.

**Plaintiff**

vs.   Case No: 1:16-cv-00740-RC

Lisa Duggan, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, and Complaint for Derivative and Direct Claims in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/19/2016 at 1:24 PM, I served Lisa Duggan with the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, and Complaint for Derivative and Direct Claims at Whiteford Taylor & Preston LLP, 1800 M Street, NW, Suite 450N, Washington, DC 20036 by serving Sue Bynum, Vice President of Whiteford Taylor & Preston LLP, authorized to accept service.

Sue Bynum is described herein as:

Gender: Female   Race/Skin: White   Age: 60   Weight: 190   Height: 5'5"   Hair: Gray   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

5-20-16

Executed On

Calvin Jones

Client Ref Number: N/A
Job #: 1508800

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050