IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, et al. | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : 1:16-cv-00740-RC |
| | : |
| LISA DUGGAN, et al. | : |
| | : |
| Defendants. | : |

## DECLARATION OF CURTIS MAREZ

1. I am over the age of 18 and have personal knowledge of the facts set forth herein.

2. I am a resident of the State of California.

3. I do not work in the District of Columbia, nor do I reside in the District of Columbia.

4. ResAgent, Inc. is not authorized to accept service of the Complaint or any other legal papers on my behalf, nor is anyone at the law firm of Whiteford, Taylor & Preston, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of June, 2016.


*Curtis Marez*

Curtis Marez