IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BRONNER, et al.,

  Plaintiffs,

and SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, THE AMERICAN STUDIES ASSOCIATION,

  Derivative Plaintiff,

v.

LISA DUGGAN, et al.,

  Defendants.

Case No: 1:16-cv-00750-RC

## DECLARATION OF LISA DUGGAN

1. I am over the age of 18 and have personal knowledge of the facts set forth herein.

2. I am a resident of the State of New York.

3. I do not work in the District of Columbia nor do I reside in the District of Columbia.

4. ResAgent, Inc. is not authorized to accept service of the Complaint or any other legal papers on my behalf, nor is anyone at the law firm of Whiteford, Taylor & Preston, LLP.

5. I have not been served with the Complaint in the above captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __9__ day of June, 2016.

_____
Lisa Duggan

2086542