IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, et al., <br><br> Plaintiffs, <br><br> and SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, THE AMERICAN STUDIES ASSOCIATION, <br><br> Derivative Plaintiff, <br><br> v. <br><br> LISA DUGGAN, et al., <br><br> Defendants. | Case No: 1:16-cv-00750-RC |

## DECLARATION OF SUSAN M. BYNUM

1. I, Susan M. Bynum, am a paralegal at the law firm of Whiteford, Taylor & Preston, LLP.

2. ResAgent, Inc. is a Maryland Corporation authorized to do business in the District of Columbia. ResAgent, Inc. acts as the registered agent for various corporations in the District of Columbia.

3. I am a Vice President of ResAgent, Inc.

4. ResAgent, Inc. is the registered agent authorized to accept service on behalf of The American Studies Association as their registered agent in the District of Columbia.

5.      ResAgent, Inc. is not authorized to accept service on behalf of Lisa Duggan or Curtis Marez.

6.      I was advised that a process server would be coming to ResAgent's office to make service on The American Studies Association. The process server came to the office on May 19, 2016. When the process server arrived he had summonses on behalf of The American Studies Association, Lisa Duggan and Curtis Marez. I advised the process server that I was not authorized to accept service on behalf of Lisa Duggan and Curtis Marez.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 9th day of June, 2016.

*[signature]*

Susan M. Bynum