# Marcus & Auerbach LLC
*Attorneys at Law*

Penn Valley, Pennsylvania

**Jerome M. Marcus**
Telephone: 215.885.2250
Facsimile: 888.875.0469
jmarcus@marcusauerbach.com

April 18, 2016

David Roediger
American Studies Association
1120 19th St NW
Suite #301
Washington, DC 20036

    Re: Simon Bronner, et al. v. Lisa Duggan, et al.

Dear David Roediger:

This office represents Mr. Simon Bronner, who is currently an officer and member of the Council of the American Studies Association. Pursuant to Section 29-111 of the Code of the District of Columbia, I write to demand that the Council of the ASA investigate, and prosecute, the derivative claims set forth in the attached Complaint.

Thank you.

Sincerely,

Jerome M. Marcus

Mailing address: 1121 N. Bethlehem Pike, Suite 60-242, Spring House, PA 19477



EXHIBIT 2