STATEMENT OF ELECTION TO ACCEPT
OF THE
AMERICAN STUDIES ASSOCIATION

TO: The Recorder of Deeds
Washington, DC

Pursuant to the provisions of the District of Columbia Non-Profit Corporation Act, the undersigned corporation elects to avail itself thereto:

FIRST: The name of this corporation is the American Studies Association.

SECOND: A resolution recommending that the corporation accept the District of Columbia Non-Profit Corporation Act, was adopted in the following manner: The resolution was adopted at a meeting of the Council of the American Studies Association, serving as the Association's Board of Directors, which meeting was held on October 21, 1971, at a which a quorum was present, and the resolution received the vote of a majority of the council members (directors) in office, which method of adoption, in accordance with the Association's By-Laws, is an acceptable alternative to having the resolution adopted by the Association's members.

THIRD: The corporation is organized exclusively for educational and academic study purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

(1) Except as restricted herein, the corporation shall engage in any and all lawful activities incidental to the foregoing purposes including but not limited to the study of American civilization. Among the specific ways in which the corporation shall attempt to achieve this objective are the following: facilitating communication among those disciplines which deal with phases of American civilization; fostering interdisciplinary research;

EXHIBIT 3

encouraging the establishment of regional societies for American studies; and attempting to attract interested laymen to membership in the Association.

(2) The property, assets, profits and net income of this corporation are irrevocably dedicated to educational purposes and no part of the net earnings of the corporation shall inure to the benefit of, or be distributable to, its directors, officers, or other private persons, except that the corporation is authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in this paragraph THIRD.

(3) No officer, Council member, or member of the corporation, or any private individual shall be entitled to share in the distribution of any of the corporation assets upon dissolution of the corporation.

(4) No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting, to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office.

(5) Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on by an organization exempt from Federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law) or by an organization, contributions to which are deductible under Section 170 (c)(2) of the Internal Revenue Code 1954 (or the corresponding provision of any future United States Internal Revenue Law).

(6) In the event that the corporation shall at any time be a private foundation within the meaning of Section 509 of the Internal Revenue Code of 1954 (or the corresponding provisions of any future United States Internal Revenue Law), the corporation, as long as it shall be such a private foundation, shall distribute such income as may be necessary in each taxable year to such time and in such manner as not to subject the corporation to tax under Section 4942 of said Code, and shall be absolutely prohibited from and shall refrain from engaging in the following acts:

   a. Any act of self-dealing, as defined in Section 4941(d) of said Code.
   b. Retaining any excess business holdings, as defined in Section 4943(c) of said Code.
   c. Making any investment in such manner as to subject the corporation to tax under Section 4944 of said Code.
   d. Making any taxable expenditures, as defined in Section 4945(d) of said code.

FOURTH:  The corporation shall have members.  Membership in the Association shall be open to institutions and organizations interested in the study of American civilization as determined by the Council (Board of Directors).FIFTH: The corporation shall be divided into five classes of members. The designation of each class of members is as follows:

FIFTH: The corporation shall be divided into five classes of members. The designation of each class of members and their qualifications are as follows.

   a. Institutional Member – Institutions that contribute $50.0 per year to the Association;

      b. Sponsoring Member – Persons who contribute $25.00 or more per year to the Association:;

      c. Regular Member – Persons who pay the annual dues of $15.00;

      d. Student Member – Students who pay an annual dues of $5.00; and

      e. Retired Member – Former members who have retired or reached the age of 65 years who pay an annual dues of $5.00.

The By-Laws shall provide for the rights and limitations of the members of each class and the conferral, limitation or denial of the right to vote.

The five classes of members shall receive the <u>American Quarterly</u> and any other publications of the Association. The proportionate amount of annual dues to be paid by the respective classes as well as other qualifications or requirements of each membership classification may be amended by a majority vote of the Council.

SIXTH: The By-Laws shall provide for the manner of the election or appointment of Council members (directors) and officers.a

SEVENTH: The By-Laws shall provide for the regulation of the internal affairs of the corporation.

EIGHTH: Upon the dissolution of the corporation, the Council (Board of Directors), after paying or making provision for the payment of all of the liabilities of the corporation, shall distribute all assets of the corporation to such organization and organizations operated exclusively for charitable, educational, religious or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law), as the Board of Directors shall determine.

NINTH: The address, including street and number, of the corporation's registered office in the District of Columbia is Suite 800, 1001 Connecticut Avenue, N.W., Washington, D.C. 20036, and the name of its initial registered agent at such address is Richard J. Medalie.

TENTH: The names and respective addresses, including street and number of the corporation's officers are as follows:

| Name | Office | Address |
| --- | --- | --- |
| Robert H. Walker | President | c/o George Washington University, Washington, DC |
| Robert Sklar | Vice President | c/o University of Michigan, Ann Arbor, Michigan |
| Arthur P. Dudden | Executive Secretary | University of Pennsylvania, Bennett Hall, Philadelphia, Pennsylvania 19104 |
| Allen F. Davis | Treasurer | c/o Temple University, Philadelphia, Pennsylvania |
| Donald N. Koster | Bibliographer | c/o Adelphi University, Garden City, New York |

ELEVENTH: The names and respective addresses, including street and number of the corporation's Council members (directors) are as follows:

| Name | Address |
| --- | --- |
| Betty E. Chmaj | c/o Wayne State University, Detroit, Michigan |
| Richard Beale Davis | c/o University of Tennessee, Knoxville, Tennessee |
| Charles H. Foster | c/o University of Minnesota, Minneapolis, Minnesota |
| Eugene Leach | c/o Yale University, New Haven, Connecticut |
| Michael McGiffert | c/o University of Denver, Denver, Colorado |
| Charles P. Peavy | c/o University of Houston, Houston, Texas |
| Lois Rudnick | c/o Brown University, Providence, Rhode Island |
| James H. Stone | c/o San Francisco State College, San Francisco, California |
| Wilcomb Washburn | c/o Smithsonian Institution, Washington, DC 20560 |
| Carl Bode | c/o University of Maryland, College Park, Maryland |
| Archibald J. Byrne | c/o University of Illinois, Chicago, Circle, Chicago, Illinois |
| Thomas C. Cochran | c/o University of Pennsylvania, Philadelphia, Pennsylvania |
| Richard H. Collin | c/o Louisiana State University, New Orleans, Louisiana |
| Kenneth E. Davison | c/o Heidelberg College, Tiffin, Ohio |

| | |
|---|---|
| Hugh D. Hawkins | c/o Amherst College, Amherst, Massachusetts |
| Richard L. Herrnstadt | c/o Iowa State University, Ames, Iowa |
| Arlin Turner | c/o Duke University, Durham, North Carolina |
| Thomas Casey | c/o Marist College, Poughkeepsie, New York |
| Francis S. Grubar | c/o George Washington University, Washington, DC 20006 |
| Mary Land | c/o Washington State University, Pullman, Washington |
| Roderick Nash | c/o University of California, Santa Barbara, California |
| John J. Reed | c/o Muhlenberg College, Allentown, Pennsylvania |
| Albert Stone | c/o Emory University, Atlanta, Georgia |
| Henry Wasser | c/o Richmond College, City University of New York, New York, New York |

AMERICAN STUDIES ASSOCIATION

By: _____
         President

ATTEST:

_____
Executive Secretary

*2065976*