



The National Council invites the active members of the American Studies Association during calendar year 2013 to vote to endorse or not its Resolution on Academic Boycott of Israel.

If the majority of voting members do not endorse the decision, the National Council will withdraw the resolution and determine next steps.

**All voting is electronic and must be completed by December 15, 2013.**

Below is the link to the resolution, the Council statement on the resolution, and related documentation.

**http://asa.press.jhu.edu/council_resolution_statement.html**

To access your ballot, you will need to enter your membership number. Your ASA membership number appears above your name and address on your annual renewal notice.

If you provided an e-mail address with your membership information, you can retrieve your membership number via e-mail using the form below:

http://asa.press.jhu.edu/cgi-bin/member_number_lookup.cgi

For information on the status of your membership account you may contact the Johns Hopkins University Press at 1-800-548-1784 or jrnlcirc@press.jhu.edu.

All electronic voting is confidential. Your e-mail or membership number is not seen by the election officials when tabulating the final vote count.



american studies association

P.O. Box 19966
Baltimore, MD 21211-0966, U.S.A.

<Fname Lname>
<Street Address>
<City State ZIP>

<Post Office Bar Code>