## **VERIFICATION**

I, Simon Bronner, hereby declare and verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am a member of the American Studies Association, and that I was a member at the times of the misconduct complained of in the Amended Verified Derivative Complaint filed on June 23, 2016 (the "Complaint").   I have read and reviewed the Complaint and know the contents thereof, except as to the matters therein stated to be alleged on information and belief; and as to those matters I believe them to be true and correct.  I have authorized the filing of the Complaint and declare that the foregoing is true and correct.

Executed this 22nd day of June, 2016.

Simon Bronner