**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BRONNER, et al.,<br><br>Plaintiffs,<br><br>and SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, THE AMERICAN STUDIES ASSOCIATION,<br><br>Derivative Plaintiff,<br><br>v.<br><br>LISA DUGGAN, et al.,<br><br>Defendants. | Case No: 1:16-cv-00740-RC |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES AND TO SUBMIT A DISCOVERY PLAN**

Defendants, The American Studies Association ("ASA"), Avery Gordon, Sunaina Maira, Neferti Tadiar, Chandan Reddy, Lisa Duggan and Curtis Marez, by undersigned counsel, files this Response to Plaintiffs' Motion to Extend Time to Exchange Initial Disclosures and to Submit a Discovery Plan ("the Motion to Extend") and state as follows:

1. By way of brief background, the original Complaint was filed on April 20, 2016. The Defendants moved to dismiss the Complaint on June 9, 2016. In response, the Plaintiffs filed an Amended Complaint on June 23, 2016. The Amended Complaint, however, failed to cure the fundamental deficiencies pointed out in the original Motion to Dismiss. Accordingly, Defendants filed a Renewed Motion to Dismiss on July 7,

2016. Plaintiffs filed their Opposition on July 21, 2016, and Defendants filed their Reply Brief on August 1.

2. Considering the substantive pending motion, it is Defendants' position that any initial disclosures and discovery plans should be deferred until such time as the Court rules on the pending Renewed Motion to Dismiss. Defendants understand that Plaintiffs are in agreement with this proposal.[1]

3. Defendants also correct the inaccurate statement made in Plaintiffs' Motion to Extend that Defendants did not file a Reply Brief to Plaintiffs' Opposition to the Renewed Motion to Dismiss. Defendants did indeed file a timely Reply Brief in accordance with the rules on August 1, 2016.

WHEREFORE, the premises considered, the Defendants respectfully request that any initial disclosures and discovery plan be held in abeyance pending the Court's ruling on the Renewed Motion to Dismiss.

---

[1] This agreement despite Plaintiffs' suggestion of "August 11, 2016 or… a ... subsequent date...". Defense counsel was unable to meet and confer with Plaintiff's counsel on less than a day's notice from Plaintiffs' counsel. However, counsel has been able to confer since that time. Also, it is Defendants' understanding that it is not uncommon for the Court to hold off on its initial conference and corresponding deadlines until motions for dismiss have been decided.

Respectfully submitted,

*/s/ John J. Hathway*

John J. Hathway, Esq. #412664
Thomas Mugavero, Esq. #431512
Stacey Pine, Esq. #1029133
Whiteford, Taylor & Preston L.L.P.
1800 M Street, N.W., Suite 450N
Washington, D.C. 20036-5405
(202) 659-6800
jhathway@wtplaw.com
tmugavero@wtplaw.com
spine@wtplaw.com

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 4th day of August, 2016, via the Court's electronic filing system, upon the following:

Jerome M. Marcus, Esquire
Jonathan Auerbach, Esquire
Marcus & Auerbach
1121 N. Bethlehem Pike
Suite 60-242
Spring House, PA 19477

Scott Neal Godes, Esquire
Devin J. Stone, Esquire
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006-4623

L. Rachel Lerman, Esquire
2029 Century Park East
Suite 300
Los Angeles, CA 90067

*Attorneys for Plaintiffs*

*/s/ John J. Hathway*
John J. Hathway

*2088850*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BRONNER, et al.,<br><br>Plaintiffs,<br><br>and SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, THE AMERICAN STUDIES ASSOCIATION,<br><br>Derivative Plaintiff,<br><br>v.<br><br>LISA DUGGAN, et al.,<br><br>Defendants. | Case No: 1:16-cv-00740-RC |

**ORDER**

Upon consideration of Plaintiffs' Motion to Extend Time to Exchange Initial Disclosures and To Submit A Discovery Plan, and the opposition thereto, it is this ______ day of ______________________, 2016,

ORDERED that initial disclosures and discovery plan are held in abeyance pending this Court's ruling on Defendants' Renewed Motion to Dismiss.

______________________________________
Rudolph Contreras, Judge

cc: All counsel of record via ECF