IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, MICHAEL ROCKLAND, CHARLES D. KUPFER, and MICHAEL L. BARTON,<br><br>   Plaintiffs,<br><br>   v.<br><br>LISA DUGGAN, CURTIS MAREZ, AVERY GORDON, NEFERTI TADIAR, SUNAINA MAIRA, CHANDAN REDDY, and THE AMERICAN STUDIES ASSOCIATION<br><br>   Defendants. | Civil Action No. 16-cv-00740-RC |

## DEFENDANTS' STATUS REPORT[1]

Pursuant to this Court's Minute Order of July 20, 2017, the Defendants submit this Status Report "setting forth the parties' updated discovery schedule." Exhibit 1, Minute Order of 7/20/17. Following the parties conferring on August 3, the parties' position on the updated discovery schedule is as follows:

**Plaintiffs' Position:** Plaintiffs' position is that they are unable to provide an updated discovery schedule because Defendants' production is not complete at this time.

**Defendants' Position:** Defendants have committed to completing the production by the end of August, which is roughly 60 days following Defendants' filing its responses to the document requests. Accordingly, Defendants propose that each of the remaining dates on the Scheduling Order be extended by 60 days:

---

[1] An explanation as to why this Report is not being filed jointly is provided at the end of the Report.

|  | Current Scheduling Order | Revised Scheduling Order |
|---|---|---|
| Deadline to join other parties | August 1, 2017 | October 2, 2017 |
| Discovery of facts relevant to claims, counterclaims, and defenses | November 15, 2017 | January 15, 2018 |
| Plaintiffs' expert disclosures | October 27, 2017 | December 27, 2017 |
| Defendants' expert disclosures | November 27, 2017 | January 29, 2018 |
| Discovery related to experts | December 22, 2017 | February 22, 2018 |
| Status conference | November 16, 2017, 10:00 a.m. | TBA |

**Explanation:** The parties have been unable to agree as to the scope and substance of this report, and Plaintiffs advised that they were going to submit their own, and Defendants should do the same. By way of brief background, following the parties' discovery conference yesterday, August 3, the Plaintiffs submitted a draft joint six page report at approximately noon today. Upon review, undersigned counsel advised Plaintiffs' counsel (1) it was not what counsel believed the Court wanted (*see* **Exhibit 1** the parties shall "submit a joint status report setting forth the parties' updated discovery schedule on or before August 4, 2017"); (2) it was inaccurate in many respects; (3) was unnecessarily argumentative; and (4) was an improper attempt to raise and argue a discovery dispute under the Rules. Accordingly, defense counsel submitted to Plaintiffs' counsel a nonargumentative draft Joint Report that included suggested new dates, at least from the defense side. After some back and forth and continued disagreement, Plaintiffs' counsel advised that they would submit their own report and that defense should do the same.

        Respectfully submitted,


        */s/ John J. Hathway*
        John J. Hathway, Esq. #412664
        Thomas Mugavero, Esq. #431512
        Whiteford, Taylor & Preston L.L.P.
        1800 M Street, N.W., Suite 450N
        Washington, D.C. 20036-5405
        (202) 659-6800
        jhathway@wtplaw.com
        tmugavero@wtplaw.com
        *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 4th day of August, 2017, via electronic mail upon:

>Jerome M. Marcus, Esquire
>Jonathan Auerbach, Esquire
>Marcus & Auerbach LLC
>1121 N. Bethlehem Pike
>Suite 60-242
>Spring House, PA  19477
>jmarcus@marcusauerbach.com
>auerbach@marcusauerbach.com
>
>Kenneth Marcus, Esq.
>Jennifer Gross, Esq.
>The Louis D. Brandeis Center for
>   Human Rights Under Law
>1717 Pennsylvania Avenue, N.W., Suite 1025
>Washington, D.C. 20006-4623
>klmarcus@brandeiscenter.com
>jenniegross@brandeiscenter.com
>
>Scott Neal Godes, Esquire
>Devin J. Stone, Esquire
>Barnes & Thornburg LLP
>1717 Pennsylvania Avenue, N.W., Suite 500
>Washington, D.C. 20006-4623
>sgodes@btlaw.com
>dstone@btlaw.com
>
>L. Rachel Lerman, Esquire
>2029 Century Park East, Suite 300
>Los Angeles, CA 90067
>rlerman@btlaw.com
>
>Attorneys for Plaintiffs

>>*/s/ John J. Hathway*
>>John J. Hathway