**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Thursday, July 20, 2017 4:15 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:16-cv-00740-RC BRONNER et al v. DUGGAN et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 7/20/2017 at 4:14 PM and filed on 7/20/2017
**Case Name:**        BRONNER et al v. DUGGAN et al
**Case Number:**    1:16-cv-00740-RC
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER: Upon consideration of the parties' representations during the 7/20/2017 telephonic status conference, it is hereby ORDERED that Defendants shall produce the documents referenced during the telephonic conference on or before July 28, 2017. It is FURTHER ORDERED that the parties shall meet, confer, and submit a joint status report setting forth the parties' updated discovery schedule on or before August 4, 2017. SO ORDERED. Signed by Judge Rudolph Contreras on 7/20/2017. (lcrc2)**

**1:16-cv-00740-RC Notice has been electronically mailed to:**

John J. Hathway    jhathway@wtplaw.com, sbynum@wtplaw.com



EXHIBIT 1

Thomas C. Mugavero    tmugavero@wtplaw.com

Kenneth Lawrence Marcus    klmarcus@brandeiscenter.com

Scott Neal Godes    sgodes@btlaw.com

Jerome M. Marcus    jmarcus@marcusauerbach.com, cdodies@marcusauerbach.com

Devin J. Stone    dstone@btlaw.com

L. Rachel Lerman    rlerman@btlaw.com

Jonathan Auerbach    auerbach@marcusauerbach.com

**1:16-cv-00740-RC Notice will be delivered by other means to::**