## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, MICHAEL ROCKLAND, CHARLES D. KUPFER, and MICHAEL L. BARTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>LISA DUGGAN, CURTIS MAREZ, AVERY GORDON, NEFERTI TADIAR, SUNAINA MAIRA, CHANDAN REDDY, and THE AMERICAN STUDIES ASSOCIATION<br><br>    Defendants. | Civil Action No. 16-cv-00740-RC |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 21, 2017, the parties conferred on Wednesday, September 6, 2017, and submit the following Joint Status Report, "setting forth the parties' updated discovery schedule and otherwise apprising the Court of the status of this case[.]"   (Dkt. 47.)

## I.     UPDATED DISCOVERY SCHEDULE

The Parties propose to extend all deadlines by three months.  Thus, unless there are further delays in the discovery process, the Parties agree to and propose to the Court the following dates:

- Last day to add parties:  November 1, 2017
- Last day for discovery of facts relevant to all claims, counter claims, and defenses:  February 15, 2018

- Plaintiffs' expert disclosures and reports due:  January 29, 2018
- Defendants expert disclosures and reports due:  February 29, 2018
- Last day of expert discovery:  March 22, 2018

## II.    STATUS OF THE CASE

Since the parties last reported to the Court, Defendants have produced and continue to produce documents, and Plaintiffs took a deposition of ASA pursuant to Rule 30(b)(6), relating to electronically stored information (ESI) and record-keeping.   Defendant ASA served Amended Responses to Plaintiffs' Requests for Production, withdrawing some of their objections to Plaintiffs' Requests for Production ("RFPs").   Plaintiffs intend to file a motion to compel some of the materials that Defendant ASA will not produce subject to Defendants' objections.   The Individual Defendants have not yet served Amended Responses and objections to Plaintiffs' Requests for Production, but intend to do so by Friday, September 8, 2017.   Defendants inform Plaintiffs that the Individual Defendants' objections are not necessarily the same as the objections set forth by ASA.

### A.    Plaintiffs' Position

Plaintiffs received productions from each Defendant on September 1, 2017, followed by an additional production on September 6.   Prior to that date, Plaintiffs had only received small, partial productions for two of the seven defendants.   The production was not complete on August 31, 2017, as promised, and, as explained below, the production is still not complete.

Of particular concern to us is the production of Defendant Sunaina Maira, whose documents are key to the litigation.   Sunaina Maira organized the Resolution at issue, beginning in 2012, became a National Committee member in July 2013 (a few months before the Annual

Meeting where the Resolution was promoted), and remained on the National Council until July 2016.  She is a founding and advisory committee member of the US Campaign for the Academic and Cultural Boycott of Israel, and is one of the people most involved (if not the person most involved) in the issues and actions at the heart of this litigation.

Defendant Maira has produced only 88 documents, and all 88 are from the five-week period between 11/19/2013 and 12/26/2013.  ***Seventy-six (76) of the 88 are from the one-week period between 11/25 and 12/1, and then there are no documents for the next three weeks – the most crucial period***, including the announcement of the membership vote, the vote itself, and the immediate backlash.  We know that there are years of relevant documents that should be in this custodial file, and we cannot begin to prepare to depose this defendant, or most of the other defendants, without these documents.

Other defendants limited their productions by date, including the following:

- Curtis Marez, limited to 4/22/2013 – 10/29/2014
- Avery Gordon, 9/20/2013 – 8/7/2014
- Neferti Tadiar, 11/19/13 – 1/24/2015

We are particularly concerned about Defendant Tadiar's documents from the period before November 19, 2013.  We also find it odd that both the Maira and the Tadiar productions begin on November 19, 2013.  Specifically, we are concerned that Defendants Maira and Tadiar, together, simply decided not to produce documents before that date.  We note that John Stephens, who searched for and produced the documents for Defendant ASA, also initially limited the time frame of documents he produced to a short period.  (That production has since been updated.)  We ask that defense counsel provide adequate oversight of the Defendants' searches for responsive documents, ensure that they understand the RFPs, including the

Instructions, and that they understand that they must produce all responsive documents – not a self-selected subset.

Plaintiffs are also delayed by the Individual Defendants' failure, so far, to serve their Amended Responses.  We do not want to waste time or resources with separate motions to compel, but we are unable to determine if we need to move to compel production without knowing whether the Individual Defendants object to any of the Requests for Production, and if so, which ones.

Similarly, Defendant ASA has not provided information indicating whether or not documents exist and are withheld on the basis of the respective objections, as required under the Rules.  This also makes it difficult to frame the motion to compel.  However, we have made some progress resolving some of the objections in conversations with defense counsel.

Defendants were also to produce a privilege log by August 31.  We have not received a privilege log and have noted redactions in the production that we assume are based on claims of privilege, but cannot determine the basis of the claim.

### B.     <u>Defendants' Submission</u>

This case was initially filed on April 20, 2016.  On March 31, 2017, the Court issued its ruling on Defendants' Renewed Motion to Dismiss, dismissing all the derivative claims as well as the claims for breach of fiduciary duty against the individual Defendants and *Ultra Vires* against all of the Defendants.  All that remained were the claims of direct waste against the Defendants and the claims of breach of contract and statutory breach against ASA.  On May 31, 2017, Defendants filed a Rule 12(c) Motion to Dismiss the Direct Action for Waste.  That motion has been fully briefed, and is pending; at present, the only claim against the individual Defendants is for waste.

The Court issued its initial Scheduling Order based on the parties' initial report to the Court and set certain deadlines.  Subsequent to that, and following Plaintiffs' requested telephonic conference with the Court regarding certain discovery issues, the Court issued an Order, *inter alia,* requiring the parties to submit a Joint Status Report by August 4, 2017.  On August 4, 2017, the parties submitted separate Status Reports; the reasons therefor were explained in each Report.  Defendants at that time submitted a proposed adjustment to the dates in the Court's Initial Order.  Following that the Court issued a second Order requiring the parties to again meet and confer in good faith and submit a Joint Status Report setting forth the parties' updated discovery schedule and otherwise apprising the Court of the status of the case.

Plaintiffs have propounded document requests to each of the seven Defendants.  Each document request consisted of 36 separate requests, thus totaling 252 separate requests.  Defendants served timely responses and have made several productions since that time, totaling in excess of 5,000 documents.

The Defendants intend to submit a Protective Order, with the primary relief requested being the protection of the personal identifying information of the parties and witnesses.  The Protective Order is needed because of the harassment and threats received by the various Defendants following the Resolution at issue.  Plaintiffs have agreed to some, but not all, of the terms of the Proposed Protective Order.  The parties intend to have further discussions to see if their differences on this issue can be narrowed.

A note about the process of preparing this report:   Plaintiffs forwarded a draft report today after 12 noon.  Other than the remaining dates on the Scheduling Order, Plaintiffs' portion of the submission is unilateral and, in Defendants' view, an improper attempt under the Rules to

raise and argue a discovery dispute, the sort of argument which Defendants understood the Court

instructed the parties to avoid.  [Doc. 47]  Plaintiffs have declined to remove that portion of the

statement, and also because of time constraints, Defendants provide their own portion.

Dated: September 7, 2017       Signed: _____/s/*Jennifer Gross*_____
                 Jennifer Gross

**THE LOUIS D. BRANDEIS CENTER
  FOR HUMAN RIGHTS UNDER LAW**
Jennifer Gross, Esq. (D.C. Bar No. 1003811)
Kenneth Marcus, Esq. #437391
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 2006-4623
(202) 559-9296
jenniegross@brandeiscenter.com


Signed:___*/s/Jerome M. Marcus*_____
         Jerome M. Marcus

**MARCUS & AUERBACH LLC**
Jerome M. Marcus, Esq. (admitted pro hac vice)
Jonathan Auerbach, Esq. (admitted pro hac vice)
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
(215) 885-2250
jmarcus@marcusauerbach.com


**BARNES & THORNBURG LLP**

Scott Godes, Esq. #463674
Devin Stone, Esq. #1022055
1717 Pennsylvania Avenue NW, Suite 500
Washington, DC 2006-4623
(202) 408-6928

L. Rachel Lerman, Esq. (admitted pro hac vice)
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
(310) 284-3871

*Counsel for Plaintiffs*

6

Dated:  September 7, 2017   Signed:___*/s/John J. Hathway*_____
         John J. Hathway

       **WHITEFORD, TAYLOR & PRESTON, L.L.P.**
       John J. Hathway, Esq. #412664
       1800 M Street, NW, Suite 450N
       Washington, DC  20036-5405
       202-659-6800
       jhathway@wtplaw.com

       *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 7, 2017, I caused to be filed the *Joint Status Report* with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.


/s/ *Jennifer Gross*

Jennifer Gross