IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, et al., <br><br> Plaintiffs, <br><br> and SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, THE AMERICAN STUDIES ASSOCIATION, <br><br> Derivative Plaintiff, <br><br> v. <br><br> LISA DUGGAN, et al., <br><br> Defendants. | 1:16-cv-00740-RC |

REPORT BY DEFENDANTS CONCERNING DISCOVERY ISSUES

On October 3, 2017, the Court held a hearing and addressed several discovery-related issues. Pursuant to the Court's directive to provide certain information to the Court, and without waiving their objections, particularly to relevance and proportionality, the Defendants report as follows:

1. <u>Search for documents relating to 2016 change to ASA bylaws</u>. In order to locate documents for production on this issue, counsel reviewed ASA files for documents of and concerning the 2016 bylaws change. Counsel searched the email of Mr. Stephens, Executive Director of ASA, and two of the individual Defendants who served as President of the ASA, Ms. Duggan and Mr. Marez,

for the term "bylaws." That search produced 244 documents. Forty-nine of those documents were identified as privileged. One hundred forty seven were determined to be non-responsive, because they had nothing to do with the change to the bylaws referenced by the Plaintiffs. The responsive documents are being produced to Plaintiff today in a segregated folder.

2. <u>Search for documents relating to public statements or resolutions other than those relating to the Resolution</u>. Counsel have searched collected all available email from the ASA's Director, as well as email from all individual Defendants. During those searches Defendants' counsel have identified documents of or concerning public statements or resolutions other than those relating to the Resolution at issue, and have included such documents in the production. Additionally, counsel will conduct another, term-focused review of all collected documents and provide any such remaining responsive documents by October 30.

3. <u>Special fundraising</u>. The ASA has confirmed that no special fundraising efforts have occurred, other than as previously referenced, in response to the media backlash arising from the Resolution.

Respectfully submitted,

/s/John J. Hathway
John J. Hathway, Esq. #412664
Thomas Mugavero, Esq. #431512
Jeffrey C. Seaman, Esq. #466509
WHITEFORD, TAYLOR & PRESTON L.L.P.
1800 M Street, N.W., Suite 450N
Washington, D.C. 20036-5405
(202) 659-6800
jhathway@wtplaw.com
tmugavero@wtplaw.com
jseaman@wtplaw.com

*Attorneys for Defendants*