**Subject:** RE: Bronner, et al. v. American Studies Association, et al.
**Date:** Monday, August 14, 2017 at 4:30:48 PM Eastern Daylight Time
**From:** Seaman, Jeffrey C. <JSeaman@wtplaw.com>
**To:** jmarcus@marcusauerbach.com <jmarcus@marcusauerbach.com>, jenniegross@brandeiscenter.com <jenniegross@brandeiscenter.com>
**CC:** Hathway, John J. <JHathway@wtplaw.com>, Mugavero, Thomas <TMugavero@wtplaw.com>
**Attachments:** image003.png, image004.png, image005.png, image006.png

Jennie, we aren't sure what the problem is because after receiving your email our IT department checked and found that the .msg files opened properly in Outlook. Please let us know what programs you tried to use.

Regarding your second inquiry, that production is not complete, and we are working toward finalizing it.



**Jeffrey C. Seaman** | *Counsel*
7501 Wisconsin Avenue, Suite 700W | Bethesda, MD | 20814-6521
o: 301.804.3619 | m: 301.775.4973 | f: 202.327.6176
jseaman@wtplaw.com | Bio | vCard | www.wtplaw.com
www.linkedin.com/in/jeffseamanlinkedin

*WTP is a proud member of two global law firm networks.*

 

---

**From:** Jennie Gross [mailto:jenniegross@brandeiscenter.com]
**Sent:** Monday, August 14, 2017 10:28 AM
**To:** Seaman, Jeffrey C.; jmarcus@marcusauerbach.com
**Cc:** Hathway, John J.; Mugavero, Thomas
**Subject:** Re: Bronner, et al. v. American Studies Association, et al.

Counsel,

Two questions:

1. We can open the metadata file, the .doc files, and the .pdf files, but the .msg files will not open. I tried three different programs that usually open .msg files with no luck. My operating system describes the files as "locked." Would you please send the emails as text-searchable pdfs (if the problem is not fixable).

2. Is this the entirety of Sunaina Maira's production, or is there still more to produce from this custodian?

Thank you,
Jennie

**Subject:** DIscovery
**Date:** Tuesday, September 5, 2017 at 12:42:56 PM Eastern Daylight Time
**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**To:** Seaman, Jeffrey C. <JSeaman@wtplaw.com>
**CC:** Hathway, John J. <JHathway@wtplaw.com>, Jerome M. Marcus <jmarcus@marcusauerbach.com>

Counsel,

I believe defendants intended to make a second production for Sunaina Maira. As of now, we have 88 documents for her, all between 11/19/2013 – 12/26/2013 (about one month). She should have documents on the resolution throughout 2012 and 2013, if not earlier, as she was head of the Caucus. She should also have documents long after 2013, as she was on the National Council starting in June 2013, through June 2016. When will we receive the remainder of her documents?

There are a few custodians whose productions seem to be limited by date, aside from Maira:
- Curtis Marez, limited to 4/22/2013 – 10/29/2014
- Avery Gordon, 9/20/2013 – 8/7/2014
- Neferti Tadiar, 11/19/13 – 1/24/2015

Given that the date of the first document is 11/19/2013, exactly, for both Maira and Tadiar, I am concerned that they did not search for, or decided not to produce, documents prior to the 2013 annual meeting. That will not work, particularly for these two defendants, whose involvement <u>long</u> precedes the 2013 Annual Meeting.

Finally, please send the responses with objections for the individual defendants, which were due last week.

Thank you,
Jennie


Jennie Gross, Esq.
**The Louis D. Brandeis Center
    for Human Rights Under Law**
1717 Pennsylvania Ave. NW, Suite 1025
Washington, DC 20006
☏ 917-721-6561 (direct)

**Subject:** Re: DIscovery
**Date:** Wednesday, September 6, 2017 at 12:43:39 PM Eastern Daylight Time
**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**To:** Hathway, John J. <JHathway@wtplaw.com>, Seaman, Jeffrey C. <JSeaman@wtplaw.com>
**CC:** Jerome M. Marcus <jmarcus@marcusauerbach.com>

Our proposal for new deadlines is to extend each current deadline by 3 months. That proposal assumes that defendants do not continue to delay discovery.

As of now, we are two months behind, and we still have not received the great bulk of defendant Sunaina Maira's documents – we have just one month's worth of documents for her, and she was the first to become involved in the resolution, and her production would likely be the largest of the individual defendants, as she ran the caucus. Yet we have less than 90 document for her, all limited to a one-month period. We should have a many years' worth of documents for her.

I emailed about this twice yesterday, but no response. Per my other correspondence yesterday, there are other defendants whose productions appear to be very limited by time frame. We have not heard back from you about this either.

We are also waiting, still, for the individual defendants' objections – also due on June 29, and also promised to be served last week – two months after the original deadline, but still not served. We have no idea whether or not documents have been withheld by the individual defendants on account of objections.

We also still await a privilege log.

Because the production is not even nearly complete, almost a week after August 31, and because you do not even reply to our correspondence, we will ask for a 3 month extension, and will ask for longer if defendants continue to delay.

Jennie



Jennie Gross
The Louis D. Brandeis Center
   for Human Rights Under Law

---

From: "Hathway, John J." <JHathway@wtplaw.com>
Date: Tuesday, September 5, 2017 at 5:03 PM
To: Jennie Gross <jenniegross@brandeiscenter.com>, "Seaman, Jeffrey C." <JSeaman@wtplaw.com>
Cc: "Jerome M. Marcus" <jmarcus@marcusauerbach.com>
Subject: RE: DIscovery

3

**Subject:** Re: Bronner, et al. v. ASA, et al.
**Date:** Wednesday, September 6, 2017 at 1:55:07 PM Eastern Daylight Time
**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**To:** Seaman, Jeffrey C. <JSeaman@wtplaw.com>
**CC:** Hathway, John J. <JHathway@wtplaw.com>, jmarcus@marcusauerbach.com <jmarcus@marcusauerbach.com>
**Attachments:** image001.png, image002.png

Where are the Sunaina Maira documents? You stated at the Stephens deposition that the SM file is not complete, and that is apparent as we only have one month's worth of documents. I understood then that we would receive those documents on August 31st. This is an important production, and I don't see how we can agree to new deadlines if we don't have any idea when we will receive the bulk of her production.

Jennie Gross
The Louis D. Brandeis Center
  for Human Rights Under Law

---

From: "Seaman, Jeffrey C." <JSeaman@wtplaw.com>
Date: Wednesday, September 6, 2017 at 1:17 PM
To: "jenniegross@brandeiscenter.com" <jenniegross@brandeiscenter.com>
Cc: "Hathway, John J." <JHathway@wtplaw.com>, "jmarcus@marcusauerbach.com" <jmarcus@marcusauerbach.com>
Subject: Bronner, et al. v. ASA, et al.

Jennie:

   Although it was our intention to provide you the remainder of the ASA's responsive documents yesterday, our document production team was not able to complete yesterday. Here is the link to those remaining documents (which we produce pursuant to the agreement we reached last week regarding PII):

   https://www.dropbox.com/sh/5n0xhgirfbwvu2d/AADeWzbLHWCCrsuLMPJwCE6Ya?dl=0   The password for this link is the same as for the production we made Friday.

   In follow-up to our recent discovery conference, we expect that we will have a further production of documents, in addition to the more than five thousand documents we have already provided. We will update you in the coming days about the timing of the production. As we previously mentioned, we were unable to complete the amended responses of the individual Defendants in the time frame we had hoped for, but consistent with our follow-up review, we expect to provide the supplemental responses by the end of the week.

4

**Subject:** Re: Sunaina Maira -- Re: Discovery issues
**Date:** Thursday, September 28, 2017 at 11:11:44 AM Eastern Daylight Time
**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**To:** Seaman, Jeffrey C. <JSeaman@wtplaw.com>, Hathway, John J. <JHathway@wtplaw.com>
**CC:** Jerome M. Marcus <jmarcus@marcusauerbach.com>

Counsel,
Please respond to the email below regarding Sunaina Maria's production. This is the fourth time I've asked. Still no response from you.
Jennie

Sent from my iPhone

On Sep 27, 2017, at 11:17 AM, Jennie Gross <jenniegross@brandeiscenter.com> wrote:

> Counsel,
> Please respond to the request below. This production is four weeks late, from the most recent deadline (August 31). We intend to ask the court to order that she complete this production by a date certain.
> Jennie
>
> On Sep 20, 2017, at 3:03 PM, Jennie Gross <jenniegross@brandeiscenter.com> wrote:
>
>> Jeff and John,
>>
>> Yesterday during the meet and confer we discussed timing for the production of documents by Sunaina Maira. You were not willing to set a deadline for the remainder of that production (we talked about 10/13 and 10/16). Please let me know if you would agree to make a partial production by the end of next week, delimited by time frame.
>>
>> As these documents were originally due on June 29, and then on July 28 (per court order), and then August 31 (per agreement between the parties), it is surely reasonable for Maira to make a partial production in September – particularly as she has not committed to a deadline to complete the production – not even as late as October 16.
>>
>> Also, please note that I will contact you early next week to schedule a call with the court re our motion to compel. Please let me know if a member of your team wants to be on that scheduling call, and if so, who. I will arrange the timing of the call with the person you identify.
>>
>> Please do respond, even if your intention is to refuse the request to provide a partial production of Sunaina Maira's documents by the end of next week.
>>
>> Thank you,
>> Jennie

**Subject:** Discovery from Mares and Reddy
**Date:** Monday, November 6, 2017 at 5:47:30 PM Eastern Standard Time
**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**To:** Jeffrey C. Seaman <jseaman@wtplaw.com>, John Hathway <jhathway@wtplaw.com>

Counsel,

The court ordered that defendants produce the outstanding documents from Defendants Reddy and Matez by October 31. You have not produced them. I asked you previously when you plan to produce them, but you did not respond. Please respond.

Please also respond to our numerous emails regarding your objections to our request 36. My last email of on this matter was sent on Friday; this issue has been open for months. Again, please respond.

Also, please let me know when you are available to discuss the "artificial intelligence" method that you employed. The court ordered that you discuss this with us. As you know, we were not even aware that you employed any such search method until you informed the court at the status conference. We were ordered to confer on your reliance on this "artificial intelligence" method. Please provide some information as to what this method does and does not entail.

Jennie

Sent from my iPhone

**Subject:** Re: Discovery from Marez and Reddy
**Date:** Tuesday, November 7, 2017 at 1:59:25 PM Eastern Standard Time
**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**To:** Seaman, Jeffrey C. <JSeaman@wtplaw.com>
**CC:** Hathway, John J. <JHathway@wtplaw.com>, Mugavero, Thomas <TMugavero@wtplaw.com>
**Attachments:** image001.png, image002.png

Jeff,

Regarding the search method, to start with, I want to know what you mean by "artificial intelligence." Is this a regular search that picks up all hits for a search term, or something else?

Re the outstanding documents, you did not provide a firm date as to when you would make the Reddy production, only that you needed more time.

Regarding Marez, I will go back to see if there was an error in some kind with our document depository. Right now, all I see in October is a production of Facebook posts. Unless there is an error somewhere – and there may be, I will check and let you know – we have not resolved the issue of the timeframe of documents produced by Curtis Marez. Except for two documents, the last document he produced was in 2013. He was President of the ASA until June 30, 2014. Her remained on the executive committee until June 30, 2015. He was also on the finance committee. He was in charge of the special fundraising for the Resolution. All of this is in the years 2014 and 2015.

Please also confirm that you have completed your production regarding the bylaws and resolutions. I have a folder of 38 documents. Is that the entirety of what you intend to produce?

Jennie

Jennie Gross
The Louis D. Brandeis Center
  for Human Rights Under Law

---

From: "Seaman, Jeffrey C." <JSeaman@wtplaw.com>
Date: Tuesday, November 7, 2017 at 1:40 PM
To: "'jenniegross@brandeiscenter.com'" <jenniegross@brandeiscenter.com>
Cc: "Hathway, John J." <JHathway@wtplaw.com>, "Mugavero, Thomas" <TMugavero@wtplaw.com>
Subject: Discovery from Marez and Reddy

Jennie: as I explained in my email of October 30, we expect to have the Reddy documents to you this week. I didn't understand that the Plaintiffs had an objection in that regard. As for the Marez documents, although we thought we might need until October 30, we produced those documents, approximately 4,500 marked with the filename prefix "CM," on October 16. The corresponding CM designation is also available within the load file that we provided with the ESI.