**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BRONNER, MICHAEL ROCKLAND, CHARLES D. KUPFER, and MICHAEL L. BARTON,<br><br>Plaintiffs,<br><br>v.<br><br>LISA DUGGAN, CURTIS MAREZ, NEFERTI TADIAR, SUNAINA MAIRA, CHANDAN REDDY, and THE AMERICAN STUDIES ASSOCIATION,<br><br>Defendants. | Case No. 16-cv-00740-RC |

**MOTION FOR LEAVE TO FILE A MOTION FOR AN ORDER SPECIFYING THE TIMING OF DEPOSITIONS AND RELATED MODIFICATIONS TO THE SCHEDULING ORDER**

Plaintiffs Simon Bronner, Michael Rockland, Michael L. Barton, and Charles D. Kupfer (collectively, "Plaintiffs"), by and through their attorneys, move this Court for leave to file a Motion for an Order Specifying the Timing of Depositions and Related Modifications To The Scheduling Order ("the Proposed Motion"). The Proposed Motion is attached.

Plaintiffs have satisfied the preconditions this Court requires before a party is permitted to file a discovery motion in this case. Pursuant to the Scheduling Order:

> before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court. The parties must obtain leave of the Court before filing any motion relating to a discovery dispute. Any discovery motions that are filed

>prior to obtaining such leave may be summarily denied for failure to comply with this order.

(Order dated April 26, 2017, Dkt. 32.)

The discovery dispute underlying the Proposed Motion first arose on November 21, 2017, when Plaintiffs first sought to schedule fact depositions. Defendants took the position that depositions are not appropriate before the Court rules on Plaintiffs' Motion to File an Amended Complaint ("Motion to Amend"). The parties conferred numerous times over three weeks. Plaintiffs were willing to postpone depositions until after the Court rules on the Motion to Amend, as long as there was a concomitant extension of the discovery period to allow sufficient time for depositions. Such an extension is necessary, as the current scheduling order provides for fact discovery to close on February 15, 2018. The attempts to informally resolve the dispute at that time failed, as Defendants refused to explicitly agree to *any* extension of the discovery period, while simultaneously refusing to allow depositions to proceed.

In compliance with the Scheduling Order, Plaintiffs contacted the court on December 12, 2017, to arrange for a court conference. Defense counsel was on the call. The court's clerk gave Plaintiffs permission to file a Motion for Leave to file a discovery motion.

Plaintiffs were prepared to file a motion to compel depositions or extend the discovery period on December 15, 2017. That day, Defendants contacted Plaintiffs and, for the first time, stated that they would agree to an extension of the discovery deadline. The parties then met and conferred regarding a Joint Motion to both postpone depositions extend the discovery period. However, despite Plaintiffs' good faith attempts to reach a resolution with Defendants, the parties were never able to agree on a Joint Motion.

Having satisfied the requirements set forth by the Court, and having met and conferred with opposing counsel, Plaintiffs request that the Court grant Plaintiffs' Motion for Leave, to file the attached Proposed Motion.

Dated:  January 4, 2017                                      Signed:            */s/Jennifer Gross*
                                                                                                                      Jennifer Gross

| | |
|---|---|
| Jerome M. Marcus (admitted *pro hac vice*) <br> Jonathan Auerbach (admitted *pro hac vice*) <br> **MARCUS & AUERBACH LLC** <br> 1121 N. Bethlehem Pike, Suite 60-242 <br> Spring House, PA 19477 <br> (215) 885-2250 <br> jmarcus@marcusauerbach.com <br> auerbach@marcusauerbach.com <br><br> *Lead Counsel for Plaintiffs* | Jennifer Gross, DC Bar No. 1003811 <br> Aviva Vogelstein (admission to DDC pending, <br>    DC Bar No. 1024231) <br> **THE LOUIS D. BRANDEIS CENTER** <br>    **FOR HUMAN RIGHTS UNDER LAW** <br> 1717 Pennsylvania Avenue NW, Suite 1025 <br> Washington, DC 20006-4623 <br> (202) 559-9296 <br> jenniegross@brandeiscenter.com <br> avogelst@brandeiscenter.com |
| L. Rachel Lerman (admitted *pro hac vice*) <br> **BARNES & THORNBURG LLP** <br> 2029 Century Park East, Suite 300 <br> Los Angeles, CA 90067-2904 <br> (310) 284-3871 <br> rlerman@btlaw.com | Joel Friedlander (admitted *pro hac vice*) <br> **FRIEDLANDER & GORRIS, P.A**. <br> 1201 N. Market Street, Suite 2200 <br> Wilmington, DE 19801 <br> (302) 573-3502 <br> jfriedlander@friedlandergorris.com |
| Scott Godes, DC Bar No. 463674 <br> Devin Stone, DC Bar No. 1022055 <br> **BARNES & THORNBURG LLP** <br> 1717 Pennsylvania Avenue NW, Suite 500 <br> Washington, DC 20006-4623 <br> (202) 408-6928 <br> sgodes@btlaw.com <br> dstone@btlaw.com | Eric D. Roiter (admitted *pro hac vice*) <br> Lecturer in Law <br> **BOSTON UNIVERSITY SCHOOL OF LAW** <br> 765 Commonwealth Avenue <br> Boston, MA  02215 <br> (617) 734-8266 <br> eroiter@bu.edu |

*Counsel for Plaintiffs*