# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, MICHAEL ROCKLAND, CHARLES D. KUPFER, and MICHAEL L. BARTON,<br><br>Plaintiffs,<br><br>v.<br><br>LISA DUGGAN, CURTIS MAREZ, NEFERTI TADIAR, SUNAINA MAIRA, CHANDAN REDDY, and THE AMERICAN STUDIES ASSOCIATION,<br><br>Defendants. | Case No. 16-cv-00740-RC |

**PLAINTIFFS' REPLY BRIEF REGARDING MOTION FOR LEAVE TO FILE A MOTION FOR AN ORDER SPECIFYING THE TIMING OF DEPOSITIONS AND RELATED MODIFICATIONS TO THE SCHEDULING ORDER**

Plaintiffs Simon Bronner, Michael Rockland, Michael L. Barton, and Charles D. Kupfer ("Plaintiffs"), submit this Reply Brief to advise the Court that Plaintiffs have no further argument to add to the arguments made in Plaintiffs' Motion for Leave to File a Motion for an Order Specifying the Timing of Depositions and Related Modifications to the Scheduling Order ("Plaintiffs' Motion," Dkt. 71).

For the reasons set forth therein, Plaintiffs respectfully ask this Court to grant Plaintiffs' Motion.

| | |
|---|---|
| Dated:  January 10, 2018 | Signed:        /s/Jennifer Gross          <br>                    Jennifer Gross |

| | |
|---|---|
| Jerome M. Marcus (admitted *pro hac vice*)<br>Jonathan Auerbach (admitted *pro hac vice*)<br>**MARCUS & AUERBACH LLC**<br>1121 N. Bethlehem Pike, Suite 60-242<br>Spring House, PA 19477<br>(215) 885-2250<br>jmarcus@marcusauerbach.com<br>auerbach@marcusauerbach.com<br><br>*Lead Counsel for Plaintiffs* | Jennifer Gross, DC Bar No. 1003811<br>Aviva Vogelstein, DC Bar No. 1024231<br>**THE LOUIS D. BRANDEIS CENTER**<br>    **FOR HUMAN RIGHTS UNDER LAW**<br>1717 Pennsylvania Avenue NW, Suite 1025<br>Washington, DC 20006-4623<br>(202) 559-9296<br>jenniegross@brandeiscenter.com<br>avogelst@brandeiscenter.com |
| L. Rachel Lerman (admitted *pro hac vice*)<br>**BARNES & THORNBURG LLP**<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067-2904<br>(310) 284-3871<br>rlerman@btlaw.com | Joel Friedlander (*pro hac vice* pending)<br>**FRIEDLANDER & GORRIS, P.A**.<br>1201 N. Market Street, Suite 2200<br>Wilmington, DE 19801<br>(302) 573-3502<br>jfriedlander@friedlandergorris.com |
| Scott Godes, DC Bar No. 463674<br>Devin Stone, DC Bar No. 1022055<br>**BARNES & THORNBURG LLP**<br>1717 Pennsylvania Avenue NW, Suite 500<br>Washington, DC 20006-4623<br>(202) 408-6928<br>sgodes@btlaw.com<br>dstone@btlaw.com | Eric D. Roiter (admitted *pro hac vice*)<br>Lecturer in Law<br>**BOSTON UNIVERSITY SCHOOL OF LAW**<br>765 Commonwealth Avenue<br>Boston, MA  02215<br>(617) 734-8266<br>eroiter@bu.edu |

*Counsel for Plaintiffs*