

# ASA - NexLP
## Search Terms Report

**Report Name:** NexLP All Docs        **Searchable Set:** All Docs



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 27,643 | 25,567 | 27,588 | 55 |

**Report Generated:** 12/8/2017 10:55:11 AM                                     Page 1 of 3

# ASA - NexLP
## Search Terms Report

**REPORT Name:** NexLP All Docs           **Searchable Set:** All Docs



| Search Term | Count |
|---|---|
| (Jasbir or Puar) w/20 committee | 29 |
| (Nominate or nomination) and (NC or council or committee) | 753 |
| Boycott and (Marez or Duggan or Reddy or Gordon or Maira or Tadiar) | 16,372 |
| Bronner or Rockland or Kupfer or Barton | 1,523 |
| Harass | 230 |
| Israeli w/20 (conference or meeting or academic or freedom) | 10,424 |
| Resign | 623 |
| Resolution | 15,894 |
| Territories | 2,744 |
| USACBI w/20 (nomin* or recruit or encourage or join) | 1,292 |
| Vote w/50 (Boycott or Resolution) | 6,550 |

# ASA - NexLP
## Search Terms Report

**REPORT Name:** NexLP All Docs           **Searchable Set:** All Docs

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| (Jasbir or Puar) w/20 committee | 29 | 35 | 8 |
| (Nominate or nomination) and (NC or council or committee) | 753 | 848 | 180 |
| Boycott and (Marez or Duggan or Reddy or Gordon or Maira or Tadiar) | 16,372 | 17,801 | 2,462 |
| Bronner or Rockland or Kupfer or Barton | 1,523 | 1,911 | 266 |
| Harass | 230 | 267 | 86 |
| Israeli w/20 (conference or meeting or academic or freedom) | 10,424 | 12,177 | 1,535 |
| Resign | 623 | 827 | 124 |
| Resolution | 15,894 | 17,454 | 2,743 |
| Territories | 2,744 | 3,748 | 914 |
| USACBI w/20 (nomin* or recruit or encourage or join) | 1,292 | 1,399 | 245 |
| Vote w/50 (Boycott or Resolution) | 6,550 | 7,744 | 178 |