

Case 1:16-cv-00740-RC   Document 75-3   Filed 02/08/18   Page 1 of 3

# ASA - NexLP
## Search Terms Report

**Report Name:** NexLP Responsive Docs         **Searchable Set:** NxtLP Responsive docs



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 17,060 | 15,325 | 16,911 | 149 |

**Report Generated:** 12/8/2017 10:52:30 AM                                                                 Page 1 of 3

# ASA - NexLP
## Search Terms Report

**Report Name:** NexLP Responsive Docs     **Searchable Set:** NxtLP Responsive docs



| Search Term | Count |
|---|---|
| (Jasbir or Puar) w/20 committee | 24 |
| (Nominate or nomination) and (NC or council or committee) | 373 |
| Boycott and (Marez or Duggan or Reddy or Gordon or Maira or Tadiar) | 8,507 |
| Bronner or Rockland or Kupfer or Barton | 790 |
| Harass | 158 |
| Israeli w/20 (conference or meeting or academic or freedom) | 6,286 |
| Resign | 347 |
| Resolution | 9,065 |
| Territories | 2,103 |
| USACBI w/20 (nomin* or recruit or encourage or join) | 681 |
| Vote w/50 (Boycott or Resolution) | 3,651 |

**Report Generated:** 12/8/2017 10:52:30 AM     Page 2 of 3

# ASA - NexLP
## Search Terms Report

**REPORT Name:** NexLP Responsive Docs     **Searchable Set:** NxtLP Responsive docs

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| (Jasbir or Puar) w/20 committee | 24 | 29 | 7 |
| (Nominate or nomination) and (NC or council or committee) | 373 | 433 | 123 |
| Boycott and (Marez or Duggan or Reddy or Gordon or Maira or Tadiar) | 8,507 | 9,444 | 1,366 |
| Bronner or Rockland or Kupfer or Barton | 790 | 1,044 | 192 |
| Harass | 158 | 184 | 73 |
| Israeli w/20 (conference or meeting or academic or freedom) | 6,286 | 7,623 | 1,186 |
| Resign | 347 | 540 | 89 |
| Resolution | 9,065 | 10,309 | 1,816 |
| Territories | 2,103 | 2,997 | 860 |
| USACBI w/20 (nomin* or recruit or encourage or join) | 681 | 739 | 143 |
| Vote w/50 (Boycott or Resolution) | 3,651 | 4,558 | 149 |