```
Date: 01/17/2018 (01:54:38 PM CST)
From: "Seaman, Jeffrey C." <JSeaman@wtplaw.com>
To: "'jenniegross@brandeiscenter.com'" <jenniegross@brandeiscenter.com>
Subject: RE: Bronner, et al. v. ASA, et al.
```

Jennie:

The reason for the difference was to refine the universe of documents that were processed using TAR. So: the second set was used to create the set of documents that were processed using TAR.

**Jeffrey C. Seaman** | *Counsel*
7501 Wisconsin Avenue, Suite 700W | Bethesda, MD | 20814-6521
o: 301.804.3619 | m: 301.775.4973 | f: 202.327.6176
jseaman@wtplaw.com | Bio | vCard | www.wtplaw.com
www.linkedin.com/in/jeffseamanlinkedin

**From:** Jennie Gross [mailto:jenniegross@brandeiscenter.com]
**Sent:** Wednesday, January 17, 2018 12:42 PM
**To:** Seaman, Jeffrey C. <JSeaman@wtplaw.com>
**Cc:** Jerome M. Marcus <jmarcus@marcusauerbach.com>
**Subject:** Re: Bronner, et al. v. ASA, et al.
**Importance:** High

Jeff,

Please answer this question I sent yesterday.

The court ordered that you share the search terms with us in October, and you sent us a list of terms in October. Then, in December, you sent the TAR reports, which have different search terms.

I need to know before a call today at 3 pm which of these two different set of terms you used to identify the base set of documents that then went through TAR analysis.

Thank you,

Jennie

Jennie Gross
The Louis D. Brandeis Center
    for Human Rights Under Law


**From:** Jennie Gross <jenniegross@brandeiscenter.com>
**Date:** Tuesday, January 16, 2018 at 2:56 PM
**To:** "Seaman, Jeffrey C." <JSeaman@wtplaw.com>
**Cc:** "Jerome M. Marcus" <jmarcus@marcusauerbach.com>
**Subject:** Re: Bronner, et al. v. ASA, et al.

Jeff,
Why are the search terms in the TAR report different from these search terms?  Was the set of documents upon which the predictive coding tool was applied created by searching for these terms, or the terms in the TAR reports?
Thanks,
Jennie

Jennie Gross
The Louis D. Brandeis Center
    for Human Rights Under Law


**From:** "Seaman, Jeffrey C." <JSeaman@wtplaw.com>
**Date:** Friday, October 6, 2017 at 3:36 PM
**To:** "jenniegross@brandeiscenter.com" <jenniegross@brandeiscenter.com>
**Cc:** "Mugavero, Thomas" <TMugavero@wtplaw.com>, "Hathway, John J." <JHathway@wtplaw.com>, "jmarcus@marcusauerbach.com" <jmarcus@marcusauerbach.com>
**Subject:** Bronner, et al. v. ASA, et al.

Jennie, I have attached a list of the search terms used in the collections that I referenced this week at the hearing.


**Jeffrey C. Seaman** | *Counsel*
7501 Wisconsin Avenue, Suite 700W |Bethesda, MD | 20814-6521
o: 301.804.3619 | m: 301.775.4973 | f: 202.327.6176
jseaman@wtplaw.com | Bio |vCard | www.wtplaw.com

www.linkedin.com/in/jeffseamanlinkedin