**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIMON BRONNER, *et al.*, : | |
| : | |
| Plaintiffs, : | Civil Action No.:   16-0740 (RC) |
| : | |
| v. : | Re Document Nos.:   57, 59 |
| : | |
| LISA DUGGAN, *et al.*, : | |
| : | |
| Defendants. : | |

# ORDER

**GRANTING PLAINTIFFS' AMENDED MOTION TO EXTEND TIME TO ADD PARTIES [57];**
**GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [59]**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' Amended Motion to Extend Time to Add Parties (ECF No. 57) is **GRANTED** and Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 59) is **GRANTED.** It is hereby:

**ORDERED** that Plaintiffs' Second Amended Complaint (ECF No. 59-1) is **DEEMED FILED AND SERVED**; and it is

**FURTHER ORDERED** that the parties shall submit, within 30 days of this Order, supplemental briefing addressing the issues concerning subject matter jurisdiction identified in this Court's separately and contemporaneously issued Memorandum Opinion; and it is

**FURTHER ORDERED** that this case shall be **STAYED** pending the Court's consideration of its own jurisdiction.

**SO ORDERED**.

Dated:  March 6, 2018                                                                                     RUDOLPH CONTRERAS
                                                                                                                            United States District Judge