

MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Jay M. Levin
(267) 338-1326 (Direct Dial)
(267) 338-1335 (Facsimile)
jlevin@offitkurman.com

May 1, 2018

**Via Email (jmarcus@marcusauerbach.com)**
Jerome M. Marcus, Esquire
Marcus & Auerbach LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477

Re:     **Bronner, et al v. American Studies Association, et al.**
        **Our file number: 03910051.00001**

Dear Mr. Marcus.

You have asked us to review the [proposed] Second Amended Complaint in the above-reference matter and three partial insurance policies Hartford issued to the American Studies Association that were produced during discovery by Defendants and provide our opinion on whether those policies provide coverage to Defendants for the claims against them in the above-referenced matter. In our opinion, to a reasonable degree of professional certainty, the policies do not provide coverage to Defendants for any of the claims in the [proposed] Second Amended Complaint.

I have attached a copy of my CV. I have over 30 years' experience analyzing insurance policies and whether they provide coverage for specific claims. The analysis you asked me to perform is precisely the type of analysis I do on almost a daily basis.

I am currently the practice group leader of Offit Kurman's Insurance Recovery group and focus my practice on representing policyholders in disputes with insurance companies. I was previously in the Insurance Recovery group at Reed Smith, also representing policyholders. From 1990 to 2005, I was in the Insurance Coverage Group at Cozen O'Connor, where I represented insurance companies in disputes with policyholders. When I left Cozen in 2005, I was head of their Insurance Coverage Group. My practice involves all types of insurance policies, including, as relevant here, general liability and umbrella policies, employment practices liability policies, directors and officers' liability policies, professional liability policies, and commercial auto policies.

You provided us with three partial policies. None are complete. Indeed, only a small portion of the policies have been produced. Our opinion is based only on the limited documents produced


Attorneys At Law

MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Jerome M. Marcus, Esquire
May 1, 2018
Page 2

by Defendants. It would be helpful if Defendants produced complete policies, although, based on what they have produced, it is unlikely our opinions will change.

The first document is 26 pages, the second of which is the first page of a multi-page primary Hartford Spectrum Policy Declarations. It identifies the American Studies Association as the Named Insured. It is part of a renewal policy with a policy period of December 1, 2012 to 2013. It references property insurance coverage for business personal property, business income and extra expense coverage, and additional first party coverages. The 6th page of the document mentions liability coverage. Based on the forms and other documents attached, this is general liability coverage which insures against liability for bodily injury, property damage, and personal and advertising liability. The latter is a limited coverage for claims such as defamation, slander, false imprisonment, invasion of the right to privacy, abuse of process, and certain liabilities arising out of advertising. This type of coverage will not provide defense or indemnity against the claims made against Defendants, which fall into none of these categories.

Beginning on page 24, there is an umbrella policy Declarations showing $1 million in umbrella coverage providing the same coverage as the primary Spectrum policy, but only excess of the primary policy.

The policy forms, which set out the terms and conditions of the coverage provided, are not attached. It is, therefore, impossible to be certain about the scope of the coverage. My opinion is based on my knowledge and review of hundreds of general liability policies, including numerous Hartford policies.

The next document is a renewal declaration for a primary Spectrum policy and the umbrella policy for the policy period December 1, 2013-2014. This appears to be the renewal of the 2012-2013 policy discussed above. There is no relevant difference in the coverages indicated. The policy forms are not provided and this is by no means a complete policy.

The third document is part of the December 1, 2015-2016 Hartford Spectrum primary and umbrella renewal policies.[1] The only major differences are the apparent addition of business auto coverage and employment practices liability coverage. The former is usually limited to bodily injury or property damage arising out of the ownership, maintenance or use of a motor vehicle. The latter is limited to liability arising out of hiring, firing, discrimination in hiring and firing, harassment, retaliation in employment, and breach of an employment contract. None of these types of wrongful acts are implicated by the complaint against Defendants.

---

[1] There are no documents for the 2014-2015 policy period. However, as the 2015-2016 materials state they are a renewal of a previous policy, it appears that the American Studies Association had general liability coverage with Hartford for that period but has chosen not to produce even a partial policy.



MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Jerome M. Marcus, Esquire
May 1, 2018
Page 3

The foregoing are our opinions and are set forth to a reasonable degree of professional certainty.

Very truly yours,

Jay M. Levin

Encl.
cc: Jennie Gross, Esquire

4834-0738-2884, v. 1

Exhibit K



Offit | Kurman®

jlevin@offitkurman.com
(267) 338-1326 | Fax (267) 338-1335
1801 Market Street | Suite 2300
Philadelphia, PA 19103
www.linkedin.com/in/jaylevin1



## Jay M. Levin
**Principal and Chair of the Insurance Recovery Practice, Philadelphia Office**

........................

### PRACTICE AREAS
- Insurance Recovery
- Commercial Litigation

### EDUCATION & ADMISSIONS
- University of Pennsylvania Law School, 1981, J.D.
- University of Pennsylvania, 1977, A.B.
- Pennsylvania
- New Jersey
- New York
- District of Columbia
- U.S. Supreme Court
- U.S. Court of Appeals - Second Circuit
- U.S. Court of Appeals - Third Circuit
- U.S. District Court - Eastern District of Pennsylvania
- U.S. District Court - Middle District of Pennsylvania
- U.S. District Court - Western District of Pennsylvania
- U.S. District Court - District of New Jersey
- U.S. District Court - Southern District of New York
- U.S. District Court - Eastern District of New York
- U.S. District Court - District of Columbia
- U.S. District Court - Eastern District of Michigan

### PRACTICE FOCUS
Jay M. Levin is an insurance recovery attorney and serves as the chair of the firm's Insurance Recovery practice group in the Philadelphia office. He focuses his practice on representing policyholders in disputes with insurance companies involving all types of insurance coverage. Jay has extensive litigation experience in multi-million dollar property insurance coverage cases, including suits involving policy construction and application, cause and origin, valuation, and business interruption issues. He has assisted clients in successfully resolving eight and nine figure Hurricane Katrina and Superstorm Sandy cases without litigation, and successfully representing other policyholders in litigating Katrina and Sandy cases. Jay represents financial institutions and other commercial policyholders in claims arising under fidelity and crime policies, including claims arising out of defaulted mortgages and employee embezzlement. He has also litigated significant professional liability and general liability coverage cases. In the Directors and Officers liability area, Jay actively works with clients to resolve all types of disputes, including application of exclusions and allocation issues. Jay has also arbitrated cases before the American Arbitration Association and in private binding arbitration. Most of his litigated cases involve allegations of bad faith and he is well-versed in that area, as well.

Jay is an experienced appellate lawyer with over thirty years of experience in briefing and arguing appeals in state and federal court. In addition to insurance coverage cases, Jay has argued cases involving indemnity agreements, case dispositive procedural issues, tort liability and criminal law.

Jay also counsels policyholders in non-litigation contexts. He analyzes coverage after a loss has occurred or claim has been made to assist policyholders in presenting the claim to the insurance carrier. He assists policyholders in responding to inquiries and in pointing out errors in the carrier's coverage position in order to avoid litigating insurance claims, including, inter alia, first-party, professional liability, EPL, D & O, fidelity, crime, and general liability claims. Jay also counsels clients and evaluates coverage in connection with policy renewals, primarily in property, D&O and professional liability insurance.

### PUBLICATIONS/SPEECHES
Jay is an editor and contributing author of the Property Insurance Litigator's Handbook. The first edition was published by the American Bar Association in 2007. The second edition was published by the ABA in 2013. He frequently speaks on insurance coverage and has spoken at dozens of programs sponsored by, inter alia, the ABA, American Conference Institute, PLI, Mealey's, the Pennsylvania Bar Institute, the Urban Land Institute, and other organizations. He was the 2007-2008 Chair of the TTIPS Property Insurance Law Committee.

### ACTIVITIES
- Member of the CGL Reporter Editorial Board (2016)
- Member of the Insurance Editorial Advisory Board (2015 & 2016)
- Former chair of the ABA TTIPS Property Insurance Law Committee
- Active member of the ABA Section of Litigation Insurance Coverage Litigation Committee

### HONORS & AWARDS



- Listed in Chambers USA, Insurance, 2016
- Ranked as a Band 1 lawyer in Insurance - Pennsylvania, Chambers USA, 2015-2016
- Recognized as one of the Best Lawyers in America for Insurance Law
- Selected for inclusion in Pennsylvania Super Lawyers*

*Jay Levin was selected to the 2016 Super Lawyers list. The Super Lawyers list is issued by Thomson Reuters. A description of the selection methodology can be found here. No aspect of this advertisement has been approved by the Supreme Court of New Jersey.

*"My goal is to resolve disputes with insurers before litigation. If my policyholder clients have to sue I am prepared to take it all the way."*

*- Jay Levin*