IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, et al., <br><br> Plaintiffs, <br><br> and SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, THE AMERICAN STUDIES ASSOCIATION, <br><br> Derivative Plaintiff, <br><br> v. <br><br> LISA DUGGAN, et al., <br><br> Defendants. | Case No: 1:16-cv-00740-RC |

## DEFENDANTS' INITIAL DISCLOSURES

In accordance with the requirements of Rule 26 (a)(1) of the Federal Rules of Civil Procedure, Defendants submit these initial disclosures.

### GENERAL STATEMENT AND OBJECTIONS

1. At this early stage of the litigation, the information contained in these initial disclosures is preliminary in nature and is based upon information and knowledge presently and reasonably available to defendant. Defendants reserve the right to supplement information contained in these disclosures in accordance with the provisions of Rule 26 (e) of the Federal Rules of Civil Procedure.

2. The categories of documents listed, as well as those subsequently provided by Defendants, may contain sensitive material, and in such case Defendants

Exhibit L

will only produce such material pursuant to a protective order or stipulated confidentiality agreement.

3. The document categories listed, as well as those subsequently provided by Defendants, may contain work product and/or attorney-client privileged materials. Privileged documents will not be produced.

4. Defendants note that the information set forth in these disclosures may include hearsay and other forms of information that are unreliable, irrelevant, or otherwise inadmissible as evidence. As a result, Defendants reserve all objections relating to the admissibility of evidence sought or produced now or hereafter.

I. **DISCLOSURE OF INDIVIDUALS PURSUANT TO RULE 26(a)(1)(A)(i):**

Defendants' discovery and investigation are in their preliminary stages, and Defendants do not yet know the identities of all witnesses. Notwithstanding the foregoing, Defendants state that the following individuals may have information to support its defenses:

    A.    John Stephens
          American Studies Association
          c/o John J. Hathway, Esquire
          Whiteford, Taylor & Preston L.L.P.
          1800 M Street, N.W.
          Suite 450N
          Washington, D.C. 20036
          (Voting process, information as set forth in his declaration, communications with Plaintiff Barton.)

B.  Lisa Duggan
    c/o John J. Hathway, Esquire
    Whiteford, Taylor & Preston L.L.P.
    1800 M Street, N.W.
    Suite 450N
    Washington, D.C. 20036
    (Voting process.)

C.  Curtis Marez
    c/o John J. Hathway, Esquire
    Whiteford, Taylor & Preston L.L.P.
    1800 M Street, N.W.
    Suite 450N
    Washington, D.C. 20036
    (Voting process.)

D.  Avery Gordon
    c/o John J. Hathway, Esquire
    Whiteford, Taylor & Preston L.L.P.
    1800 M Street, N.W.
    Suite 450N
    Washington, D.C. 20036
    (Voting process.)

E.  Neferti Tadiar
    c/o John J. Hathway, Esquire
    Whiteford, Taylor & Preston L.L.P.
    1800 M Street, N.W.
    Suite 450N
    Washington, D.C. 20036

F.  Sunaina Maira
    c/o John J. Hathway, Esquire
    Whiteford, Taylor & Preston L.L.P.
    1800 M Street, N.W.
    Suite 450N
    Washington, D.C. 20036
    (Voting process.)

G. Chandan Reddy
c/o John J. Hathway, Esquire
Whiteford, Taylor & Preston L.L.P.
1800 M Street, N.W.
Suite 450N
Washington, D.C. 20036
(Voting process.)

H. Bill Breichner, Journals Publisher
Johns Hopkins University Press
2715 North Charles Street
Baltimore, MD 21218-4363
(Procedure for voting and any registration of members.)

I. Witnesses listed by Plaintiffs.

The above list may not be all inclusive, and Defendants reserve the right to identify other relevant witnesses who may possess information regarding the events related to the subject matter of Plaintiffs' complaint.

## II. DOCUMENT DISCLOSURE UNDER RULE 26(a)(1)(A)(ii):

Defendants' discovery and investigation into plaintiff's claims are in their preliminary stages, and Defendants are not yet aware of all specific documents that support its defenses. Notwithstanding the foregoing, Defendants state the following documents or categories of documents may be used to support their defenses:

A. ASA Constitution and Bylaws

B. The Resolution.

C. The Resolution ballot.

D. Documents regarding the voting process for the Resolution.

E. Documents produced and/or identified by Plaintiffs.

There may be additional categories of documents, data compilations and tangible things in plaintiff's possession, custody, or control, or in the possession, custody, or control of Defendants that are relevant to disputed facts alleged in the pleadings. Defendants reserve the right to supplement these disclosures with any information that is discovered subsequent to the date of these disclosures or to the extent necessary to meet or rebut any disputes of material facts not presently known to them or that arise in the future.

In accordance with Rule 26(b)(5), Defendants object to disclosure or production of documents and materials generated during the course of this litigation which constitute work product or which represent privileged attorney-client communications.

III. **DISCLOSURE OF DAMAGE COMPUTATION UNDER RULE 26(a)(1)(A)(iii):**

Not applicable.

IV. **DISCLOSURE OF APPLICABLE INSURANCE AGREEMENTS UNDER RULE 26(a)(1)(A)(iv):**

Not applicable.

Respectfully submitted,

*/s/ John J. Hathway/tmc*
John J. Hathway, Esq. #412664
Thomas Mugavero, Esq. #431512
Whiteford, Taylor & Preston L.L.P.
1800 M Street, N.W., Suite 450N
Washington, D.C. 20036-5405
(202) 659-6800
jhathway@wtplaw.com
tmugavero@wtplaw.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 15th day of May, 2017, via electronic mail upon:

>Jerome M. Marcus, Esquire
>Jonathan Auerbach, Esquire
>Marcus & Auerbach LLC
>1121 N. Bethlehem Pike
>Suite 60-242
>Spring House, PA 19477
>jmarcus@marcusauerbach.com
>auerbach@marcusauerbach.com
>
>Kenneth Marcus, Esq.
>Jennifer Gross, Esq.
>The Louis D. Brandeis Center for
>   Human Rights Under Law
>1717 Pennsylvania Avenue, N.W., Suite 1025
>Washington, D.C. 20006-4623
>klmarcus@brandeiscenter.com
>jenniegross@brandeiscenter.com
>
>Scott Neal Godes, Esquire
>Devin J. Stone, Esquire
>Barnes & Thornburg LLP
>1717 Pennsylvania Avenue, N.W., Suite 500
>Washington, D.C. 20006-4623
>sgodes@btlaw.com
>dstone@btlaw.com
>
>L. Rachel Lerman, Esquire
>2029 Century Park East, Suite 300
>Los Angeles, CA 90067
>rlerman@btlaw.com
>
>Attorneys for Plaintiffs

/s/ John J. Hathway
John J. Hathway

*2099302*

Exhibit L
6