# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Simon Bronner, et al.**

### Plaintiff

*vs.*                    Civil Action No.: 1:16-cv-00740-RC

**Lisa Duggan, et al.**

### Defendant

## AFFIDAVIT OF SERVICE

I, Jason B. Douglas, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Memorandum Opinion Granting Plaintiffs' Amended Motion to Extend Time to Add Parties (57); Granting Plaintiffs' Motion for Leave to File Second Amended Complaint (59), and Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 05/27/2018 at 8:25 AM, I served J. Kehaulani Kauanui with the Summons, Memorandum Opinion Granting Plaintiffs' Amended Motion to Extend Time to Add Parties (57); Granting Plaintiffs' Motion for Leave to File Second Amended Complaint (59), and Order at 102 Highland Avenue, Middletown, Connecticut 06457, by serving J. Kehaulani Kauanui, personally.

J. Kehaulani Kauanui is described herein as:

Gender: Female   Race/Skin: White   Age: 50's   Weight: 150   Height: 5'8"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true.

May 30, 2018
_____
Executed On

_____
Jason B. Douglas