UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LISA DUGGAN, *et al*., <br><br> Defendants. | No. 16-cv-0740 (RC) |

**DECLARATION OF MARIA LAHOOD IN
SUPPORT OF APPLICATION TO APPEAR** *PRO HAC VICE*

1. My name is Maria Couri LaHood, and I am the Deputy Legal Director at the Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, NY 10012. My direct office phone number is (212) 614-6430.

2. I have been admitted to the following Bars: the states of California (1995), Illinois (1997), and New York (2005); the United States District Courts for the Northern District of California (1996), the Southern District of New York (2006), and the Eastern District of New York (2006); the United States Courts of Appeals for the Ninth Circuit (2006), the Second Circuit (2006), and the District of Columbia Circuit (2007); and the United States Supreme Court (2008).

3. I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not practice law from an office located within the District of Columbia, nor do I have a pending application for membership to this Bar.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2018

                                         /s/mcl
                                         Maria C. LaHood
                                         Center for Constitutional Rights
                                         666 Broadway, 7th floor
                                         New York, NY 10012
                                         (212) 614-6430
                                         mlahood@ccrjustice.org