## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BRONNER, MICHAEL ROCKLAND, CHARLES D. KUPFER, and MICHAEL L. BARTON,<br><br>Plaintiffs,<br><br>v.<br><br>LISA DUGGAN, CURTIS MAREZ, NEFERTI TADIAR, SUNAINA MAIRA, CHANDAN REDDY, J. KEHAULANI KAUANUI, JASBIR PUAR, STEVEN SALAITA, JOHN STEPHENS, and THE AMERICAN STUDIES ASSOCIATION,<br><br>Defendants. | Case No. 16-cv-00740-RC |

## JOINT MOTION FOR AN ORDER ADOPTING BRIEFING SCHEDULE FOR PENDING MOTIONS TO STAY DISCOVERY

All Parties in this case, by and through their respective counsel, hereby request that the Court issue an order extending time and setting deadlines for opposition and reply briefs responding to Defendants' Motions to Stay Discovery ("Motions to Stay" or "the Motions," Dkts. 107, 110, & 111).

On August 15, 2018, this Court granted the Parties' Joint Motion for a briefing schedule for the parties' opposition and reply briefs responding to Defendants' Motions to Dismiss (Minute Order, Aug. 15, 2018). Pursuant to that Order, Plaintiffs' briefs opposing the Motions to Dismiss are due on October 10, 2018, and Defendants' reply briefs are due on November 7, 2018.

Also on August 15, 2018, the Court held a status conference to address discovery disputes between the parties.  During the conference, Defendants argued that discovery should be stayed until the Court resolves the Motions to Dismiss.  Counsel for ASA and the defendants named in the original complaint asked the Court for leave to file Motions to Stay due with the Motions to Dismiss on August 27, and the Court granted such leave.  All Defendants were granted leave to file Motions to Stay by August 27 with Defendants' Motions to Dismiss, and all Defendants did so.

The Parties have since conferred, and together they propose the following briefing schedule for remaining briefing on the Motions to Stay:

- Plaintiffs' Opposition Briefs due on **October 10, 2018** (the same day that Plaintiffs' briefs opposing the Motions to Dismiss are due), and

- Defendants' Reply Briefs due on **November 7, 2018** (the same day that Defendants' reply briefs for the Motions to Dismiss are due).

All Parties believe that there is good cause for an extension of the deadlines set forth in Local Rule 7(b) and (d).  The Motions to Stay and the Motions to Dismiss are closely related, and it more efficient for both sides to brief the Motions simultaneously, particularly considering the extensive amount of briefing and the large number of issues raised by the numerous pending motions.

Respectfully Submitted,

Dated: September 7, 2018                    Signed:  /s/ *Jennifer Gross*

Jennifer Gross, DC Bar No. 1003811
Aviva Vogelstein, DC Bar No. 1024231
**THE LOUIS D. BRANDEIS CENTER**
**FOR HUMAN RIGHTS UNDER LAW**
1717 Pennsylvania Avenue NW, Suite 1025

Washington, DC 20006-4623
(202) 559-9296
jenniegross@brandeiscenter.com
avogelst@brandeiscenter.com

Jerome M. Marcus (admitted *pro hac vice*)
Jonathan Auerbach (admitted *pro hac vice*)
**MARCUS & AUERBACH LLC**
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
(215) 885-2250
jmarcus@marcusauerbach.com
auerbach@marcusauerbach.com

*Lead Counsel for Plaintiffs*

Dated:  September 7, 2018          Signed:  /s/*Thomas Mugavero*

John J. Hathway, D.C. Bar. No. 412664
Thomas Mugavero, D.C. Bar. No. 431512
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
1800 M Street, NW, Suite 450N
Washington, DC 20036-5405
jhathway@wtplaw.com
tmugavero@wtplaw.com

Jeff C. Seaman, D.C. Bar No. 466509
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
7501 Wisconsin Avenue, Suite 770W
Bethesda, MD 20816
(301) 804-3610
jseaman@wtplaw.com

*Counsel for Defendants American Studies Association,
Lisa Duggan, Curtis Marez, Neferti Tadiar, Sunaina
Maira, and Chandan Reddy*

Dated:  September 7, 2018          Signed:  /s/*Maria LaHood*

Maria C. LaHood (pro hac vice)
Shayana Kadidal (D.C. Bar. No. 454248)
**CENTER FOR CONSTITUTIONAL RIGHTS**
666 Broadway, 7th Floor
New York, NY 10012

Tel.: (212) 614-6430
Fax: (212) 614-6499
mlahood@ccrjustice.org

*Counsel for Defendant Steven Salaita*

Dated:  September 7, 2018            Signed:  /s/*Mark Allen Kleiman*

Mark Allen Kleiman (pro hac vice)
**LAW OFFICE OF MARK KLEIMAN**
2907 Stanford Avenue
Venice, CA 90292
Tel.: (310) 306-8094
Fax: (310)306-8491
mkleiman@quitam.org

Signed:

Richard R. Renner, DC Bar No. OH0021
**KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.**
818 Connecticut Ave., NW, Suite 1000
Washington, D.C. 20006
202-466-8696
877-527-0446 (fax)
Rrenner@kcnlaw.com

*Counsel for Defendants J. Kehaulani Kauanui and
Jasbir Puar*

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2018, I caused to be filed JOINT MOTION FOR ORDER

ADOPTING BRIEFING SCHEDULE FOR MOTIONS TO STAY DISCOVERY with the Clerk

of Court using the CM/ECF system, which will send notice of the filing to all parties registered

to receive such notices.


Dated:  September 7, 2018                     Signed:          /s/*Jennifer Gross*

                                                            Jennifer Gross