# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-7017** **September Term, 2019**

**1:16-cv-00740-RC**

**Filed On: August 17, 2020** [1856767]

Simon Bronner, Derivatively on Behalf of Nominal Defendant The American Studies Association, et al.,

Appellants

v.

Lisa Duggan, et al.,

Appellees

## MANDATE

In accordance with the judgment of June 19, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed June 19, 2020