# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-7017** **September Term, 2019**

FILED ON: JUNE 19, 2020

SIMON BRONNER, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT THE AMERICAN STUDIES ASSOCIATION, ET AL.,
APPELLANTS

v.

LISA DUGGAN, ET AL.,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-00740)

Before: HENDERSON, GRIFFITH and WILKINS, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: June 19, 2020

Opinion for the court filed by Circuit Judge Henderson.